IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| JACKIE L. GOODMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Civil Action No. 08-0772 |
| ) | |
| HOME DEPOT USA, INCORPORATED, ) | |
| ) | |
| Defendant.  ) | |

### ORDER

This matter comes before the Court on Plaintiff's Motion for Notice to Similarly Situated Employees. The Court has reviewed the Affidavits submitted by Plaintiff and Defendant, including the Supplemental Affidavit filed by Plaintiff.

Plaintiff's claims regarding violations of the Fair Labor Standards Act are individual in nature, they run counter to Defendant's well-established policies, and they require a fact-specific inquiry. Plaintiff has failed to make a showing that he is similarly situated to other potential plaintiffs. For these reasons, it is hereby,

ORDERED that Plaintiff's Motion for Notice to Similarly Situated Employees is DENIED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
November 4, 2008